IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLACE IN FILE

| | |
|---|---|
| XCALIBER INTERNATIONAL LIMITED LLC,<br><br>Plaintiff,<br><br>- vs -<br><br>PHILL KLINE, in his official capacity as Attorney General, State of Kansas,<br><br>Defendant. | Misc. No. 05-000495 (JR)<br><br>Case No.: 05-CV-2261 (JWL) (GLR)<br>(United States District Court for the District of Kansas) |

## NOTICE OF RELATED CASE

Non-party National Association of Attorneys General ("NAAG"), by its attorneys, submits this Notice of Related Case pursuant to Local Rule LCvR 40.5(b)(3), and states as follows:

1. On December 2, 2005, plaintiff XCaliber International Limited LLC ("XCaliber") filed this miscellaneous case, which was assigned to the Honorable James Robertson, U.S.D.J. XCaliber initiated this case for the purpose of filing a motion to compel production of documents, in connection with a subpoena issued from this Court and served by XCaliber on NAAG on August 17, 2005 (the "Subpoena"). The Subpoena arose from an action pending in the U.S. District Court for the District of Kansas, *XCaliber International Limited LLC v. Kline*, Case No. 05-CV-2261 (JWL) (GLR) (the "Kansas Action"). After service of the Subpoena, NAAG submitted written objections and responses to XCaliber, and has subsequently produced certain documents to XCaliber. NAAG will shortly be filing its opposition to the motion to compel.

RECEIVED
DEC 09 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

W692070.1

2. In the Kansas Action, XCaliber has alleged that a 2005 amendment (the "Allocable Share Amendment") to a Kansas state statute governing tobacco manufacturers is preempted by the Sherman Act, or contravenes other constitutional rights of XCaliber. The statutes at issue in the Kansas Action relate to escrow accounts required to be maintained by certain cigarette manufacturers, including XCaliber, to cover potential tobacco-related health care costs associated with smoking cigarettes. The state legislation grew out of the 1998 Master Settlement Agreement ("MSA") between 46 states and a group of major tobacco companies. The Tobacco Project of NAAG has responsibility within NAAG for matters relating to tobacco, including the coordination of and assistance with matters relating to the MSA.

3. XCaliber previously brought a virtually identical action against the State of Oklahoma challenging Oklahoma's version of the Allocable Share Amendment. *See XCaliber International Limited LLC, et. al. v. Edmondson*, Case No.: 04-CV-922 (CVE) (N.D. Okla.) (the "Oklahoma Action"). In the Oklahoma Action, XCaliber made the same claims that it did in the later Kansas Action, namely that the Oklahoma Allocable Share Amendment was preempted by the Sherman Act, or contravened other constitutional rights of XCaliber.

4. In connection with the Oklahoma Action, in February 2005, XCaliber served a subpoena on NAAG, also issued through this Court. On March 8, 2005, NAAG opened a miscellaneous case in this Court, *XCaliber International Limited LLC, et. al v. Edmondson*, Misc. No.: 05-MS-100 (RJL) (D.D.C.), and filed a motion to quash the subpoena. That miscellaneous case was assigned to the Honorable Richard J. Leon, U.S.D.J. Before Judge Leon made a decision on NAAG's motion to quash, however, the State of Oklahoma was granted summary judgment in the Oklahoma Action. Consequently, the subpoena issued to NAAG in connection with the Oklahoma Action has become moot, and NAAG has so informed the Court

- 2 -

W692070.1

in Misc. Case No. 05-MS-100. Nevertheless, that miscellaneous case remains open in this Court and is still "pending on the merits," since the Court has not issued any orders resolving the matter.

5. This miscellaneous case (Misc. No.: 05-MS-495) and the miscellaneous case opened in connection with the Oklahoma Action (Misc. No.: 05-MS-100) are related cases pursuant to Local Rule LCvR 40.5(a)(3) because: (1) they involve the same parties (XCaliber and NAAG); (2) they have common issues of fact (the permissible scope of document subpoenas to NAAG involving the Allocable Share Amendments and the basis for NAAG's objections and claims of relevance, burdensomeness and privilege in response thereto); and (3) the underlying actions brought by XCaliber in Oklahoma and Kansas raise virtually identical claims (indeed, they are brought by the same attorneys on behalf of plaintiffs).

6. Even if the Court considers the first miscellaneous case related to the now moot Oklahoma Action, Misc. No. 05-MS-100, to no longer be a case that is "pending on the merits" (although it is still an open action on the docket), these actions are related cases pursuant to Local Rule LCvR 40.5(a)(4) because: (1) Misc. No. 05-MS-495 involves the exact same parties as those to this miscellaneous action (XCaliber and NAAG); and (2) they relate to the same subject matter (the permissible scope of document subpoenas to NAAG and NAAG's objections and claims of privilege in response thereto).

7. Pursuant to Local Rule 40.5(b)(3), the Court should transfer this case to Judge Leon as a related case to Misc. No. 05-MS-100. Pursuant to this Rule, NAAG will also file a notice of this filing in Misc. No. 05-MS-100.

W692070.1

Dated: December 9, 2005

Respectfully submitted,

_____
Robert P. Fletcher (Bar No. 375543)
Robert F. Reklaitis (Bar No. 358973)
Kevin M. Colmey (Bar No. 485947)
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington D.C.  20004-2128
Tele: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for the National Association of Attorneys General*

W692070.1

## CERTIFICATE OF SERVICE

This is to certify that I caused to be served true and correct copies of the foregoing Notice of Related Case on this 9th day of December, 2005, by first class mail, postage prepaid, as follows:

>Kyle M. Keegan
>Christopher D. Kiesel
>J. Brian Juban
>ROY, KIESEL, KEEGAN & DENICOLA
>P.O. Box 15928
>Baton Rouge, LA 70809
>
>William M. Modrcin
>Stinson Morrison Hecker LLP
>1201 Walnut, Suite 2900
>Kansas City, MO 64106-2150
>
>Eliehue Brunson
>Office of the Attorney General
>120 SW 10th Avenue, 2d Floor
>Topeka, KS 66612-1597
>
>Peter J. Levin
>National Association of Attorneys General
>750 First Street, NE, Suite 1100
>Washington, DC 20002

Kevin M. Colmey