IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| XCALIBER INTERNATIONAL LIMITED, LLC  Plaintiff | * * * * | |
| v. | * * | Case No.: 05-CV-2261 JWL GLR (District of Kansas) |
| PHILL KLINE, in his official capacity as Attorney General, STATE OF KANSAS  Defendant | * * * * | |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
### TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Xcaliber International Limited, LLC, who respectfully requests an extension of time to file a reply in connection with its Motion to Compel Production Pursuant to Subpoena from the National Association of Attorneys General (hereafter "NAAG").

Plaintiff filed a Motion to Compel in this Court, in connection with litigation brought in the District Court for the District of Kansas, on December 2, 2005. Plaintiff received NAAG's opposition to this motion on December 14, 2005. Under LcvR 7(d) Plaintiff's reply is due December 21, 2005.

Plaintiff respectfully requests an extension until December 28, 2005 to file its reply. Several other matters have recently monopolized Plaintiff's counsel's time, specifically, Plaintiff's Opposition to the Kansas Attorney General's Motion for Summary Judgment which is due on December 22. Plaintiff's appeal brief in a related case before the 10th Circuit was also due this week, and Plaintiff's counsel is currently preparing another, unrelated appeal brief that will

be due to the 5th Circuit Court of Appeals in the near future (the precise deadline for this brief is unknown because of hurricane-related scheduling changes in the 5th Circuit). Plaintiff's counsel has consulted with NAAG's counsel, Robert Fletcher, and he has expressed consent to this request.

For the foregoing reasons, Plaintiff requests an extension to December 28, 2005 for filing its reply to NAAG's Opposition to Plaintiff's Motion to Compel Production.

Respectfully Submitted,

Kyle M. Keegan (LSB No. 19942)
Christopher D. Kiesel (LSB No. 26360)
J. Brian Juban (LSB No. 28106)
Roy, Kiesel, Keegan & DeNicola
2355 Drusilla Lane
Baton Rouge, LA 70809
Telephone: (225) 927-9908
Facsimile: (225) 926-2685
Email: kmk@rkkdlaw.com

William M. Modrcin
Kansas Bar # 13020
Stinson Morrison Hecker, LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106-2150
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Email: wmodrein@stinsonmoheck.com

Attorneys for Xcaliber International Limited, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2005 a copy of the foregoing was sent by Federal Express to the following:

Eliehue Brunson
Assistant Deputy Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS  66612-1597

Peter J. Levin
National Association of Attorneys General
750 First Street, NE, Suite 1100
Washington, DC 2002

Robert P. Fletcher
Nixon, Peabody, LLP
401 9th Street, N.W.
Suite 900
Washington, D.C.  20004-2128

J/Brian Juban (LSB No. 28106)